IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. CARADINE/ASSABUR                                                              PLAINTIFF
ADC #90785

V.                                          NO: 5:11CV00038 SWW/HDY

RAY HOBBS *et al.*                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of March, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE